IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>Plaintiff,<br><br>v.<br><br>HAWKERS, INC.,<br><br>Defendant. | Case No. 6:23-cv-00417-DNH-TWD |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, CHRISTOPHER WALTERS, and Defendant, HAWKERS, INC., by and through undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 15, 2023

| | |
|---|---|
| NYE, STIRLING, HALE,<br>MILLER & SWEET, LLP | KING & SPALDING, LLP |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350 | By: _/s/ Matthew Vandenberg_<br>Matthew Vandenberg, Esq.<br>mvandenberg@kslaw.com<br>500 W. 2nd Street, Suite 1800<br>Austin, TX 78701<br>Phone: (512) 457 2038 |
| _Attorneys for Plaintiff_ | _Attorneys for Defendant_ |

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 06-16-2023

1